**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

DAN CHEN                                         CIVIL ACTION NO. 26-293 SEC P

VERSUS                                           JUDGE EDWARDS

PAMELA BONDI ET AL                               MAG. JUDGE WHITEHURST

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 11), noting the absence of objections thereto, and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED.  IT IS FURTHER ORDERED that Petitioner be RELEASED under reasonable conditions, as soon as practicable, but no later than August 7, 2026, with advance notice to counsel.

THUS ORDERED AND SIGNED in Chambers this 4th day of August, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE